IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE:  AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

ORDER DISMISSING PLAINTIFFS' MOTION TO
COMPEL DISCLOSURE AND DISCOVERY AND RECOVER
REASONABLE ATTORNEY FEES WITH PREJUDICE

This matter has come before the Court on Plaintiffs and Defendant Symetra Life Insurance Company's Joint Stipulation of Dismissal of Plaintiffs' Motion to Compel (ECF 184).  Upon due consideration of the Stipulation and finding that the Motion at issue is moot, the Court hereby ORDERS that:

Plaintiffs' Motion to Compel Disclosure and Discovery and Recover Reasonable Attorney Fees (ECF 184) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

s/ S. Thomas Anderson
Hon. S. Thomas Anderson
United States District Court Judge

Date:  February 10, 2023