# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATON** | **MDL DOCKET NO.**<br>**1:22-md-03035-STA-jay**<br><br>*This Order Relates to Member Cases:*<br>2:22-cv-2136-STA-jay<br>2:22-cv-2174-STA-jay |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NEWPORT GROUP, INC.

Before the Court is the Motion for Leave to Withdraw as Counsel (the "Motion"), filed on May 16, 2023 by the firm of Burch Porter & Johnson, PLLC. (ECF N. 224.) In the Motion, Tannera G. Gibson, Lani Lester, and Sarah Stuart, local counsel for Defendant Newport Group, Inc., seek to withdraw as counsel of record. The Court finds that the Motion is well-taken and should be, and therefore is, **GRANTED**. Ms. Gibson, Ms. Lester, and Ms. Stuart, with Burch Porter & Johnson PLLC, are permitted to withdraw as counsel of record and shall have no further responsibility in this matter.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Judge

Date:  May 17, 2023