UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATON** | **MDL DOCKET NO. 1:22-md-03035-STA-jay**<br><br>**ALL CASES** |

**ORDER REQUIRING PLAINTIFFS TO FILE REPORT ON ANY SETTLEMENT OR AGREEMENT TO RESOLVE CLAIMS**

      Plaintiffs and Defendant African Methodist Episcopal Church and/or other church-affiliated Defendants have apparently entered into a settlement agreement to resolve their dispute. The Court has granted Plaintiffs leave to file a motion for court approval of the settlement, which exceeds the page limit for motions under Local Rule of Court 7.2. Plaintiffs' motion related to their settlement agreement with the Church is forthcoming. Based on a recent brief filed by another party in the case, it appears Plaintiffs may have reached at least one other out-of-court settlement. Plaintiffs did not previously report the settlement to the Court, even though the Court has required the parties to submit bi-monthly status reports since the inception of the multidistrict litigation.

      Therefore, Plaintiffs are ordered to file a report with the Court, disclosing any settlement or out-of-court agreement, oral or in writing, to resolve any or all claims Plaintiff had or may have had against any party or other person or entity related to the subject matter of the MDL. For any and all such settlements or agreements, Plaintiffs should include the following detailed information: (1) the name of the party, person, or entity; (2) the date of the settlement or agreement; (3) the terms of the settlement or agreement; (4) any value or consideration received by Plaintiffs as a part of the

settlement or agreement; and (5) any promises or other consideration given in return by Plaintiffs as part of the settlement or agreement.

Plaintiffs' detailed report is due by the close of business on December 18, 2024.

**IT IS SO ORDERED.**

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE

                                        Date: December 11, 2024