# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:  AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

## SYMETRA LIFE INSURANCE COMPANY AND AMEC'S JOINT STATUS UPDATE ON THE AAA ARBITRATION

Pursuant to this Court's Order of December 11, 2023 (ECF No. 316), Symetra Life Insurance Company ("Symetra") and the African Methodist Episcopal Church ("AMEC") provide the following joint status report on the ongoing AAA arbitration between them.

Symetra and AMEC held an initial hearing with the arbitrator on November 29, 2023, after which the arbitrator set a schedule for written discovery and initial briefing on the issue of the scope of the arbitration. In accordance with that schedule, Symetra and AMEC served written discovery requests on each other on February 28, 2024, and responded to those requests on April 5, 2024.  Between April and September 2024, the parties briefed multiple issues regarding the scope of the arbitration.

After considering the parties' briefs, the arbitrator ordered an evidentiary hearing on the scope of the arbitration.  That hearing was held on October 21–23, 2024.  A post-hearing oral argument was held on December 11, 2024.  The arbitrator indicated his decision on the scope of the arbitration will be issued shortly.

Dated: December 12, 2024                                 Respectfully submitted,

*/s/ Benjamin Stoll*
Markham R. Leventhal
   mleventhal@carltonfields.com
Benjamin M. Stoll
   bstoll@carltonfields.com
Nathaniel G. Foell
   nfoell@carltonfields.com
CARLTON FIELDS, P.A.
1025 Thomas Jefferson St. NW #400W
Washington, DC 20007
Telephone: (202) 965-8189

*Attorneys for Defendant*
*Symetra Life Insurance Company*


*/s/ Bruce A. McMullen*
Bruce A. McMullen
   bmcmullen@bakerdonelson.com
Mary Wu Tullis
   mtullis@bakerdonelson.com
Jennie V. Silk
   jsilk@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 526-2000

*Attorneys for AMEC and AMEC Ministerial Retirement Annuity Plan*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October 2024, a true and correct copy of the foregoing document was sent to all counsel of record via the CM/ECF system.

                                        */s/ Benjamin Stoll*