# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br><br>ALL CASES |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

Before the Court is Plaintiffs' Motion for Substitution of Party, pursuant to Federal Rule of Civil Procedure 25. (ECF No. 622). After reviewing the Motion and for good cause shown, the Court finds that the Motion should be **GRANTED**. It is therefore **ORDERED** that Candace L. Carmichael, as Administrator of the Estate of A. Offord Carmichael, Deceased, is hereby substituted for Plaintiff A. Offord Carmichael.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. Thomas Anderson
United States District Judge

Date: December 13, 2024