# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION | MDL DOCKET NO. 1:22-md-03035-STA-jay <br><br> ALL CASES <br><br> Honorable S. Thomas Anderson |

**NEWPORT GROUP, INC.'S CROSS-NOTICE OF
VIDEOTAPED DEPOSITION OF BISHOP JAMES DAVIS**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30 and the Court's Order dated February 28, 2024 (ECF 343), counsel for Newport Group, Inc. will take the deposition of **Bishop James Davis** on January 8, 2025, beginning at 9:00 a.m. local time at Hunton Andrews Kurth LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street NE, Atlanta, GA 30308.

The deposition will be taken upon oral examination and will be recorded by stenographic means by a Notary Public or other qualified officer. The deposition will be videotaped. The deposition will be taken in person but a remote audio/video link will be provided by the Court Reporter so that individuals may participate in the deposition remotely. The deposition is being taken for the purposes of discovery, for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

1

Dated: December 18, 2024                                  Respectfully submitted,

                                                          */s/ Mark C. Nielsen*
                                                          Lars C. Golumbic
                                                          Mark C. Nielsen
                                                          Shaun A. Gates
                                                          Larry M. Blocho Jr.
                                                          GROOM LAW GROUP, CHARTERED
                                                          1701 Pennsylvania Avenue, NW
                                                          Washington, D.C. 20006
                                                          Phone: (202) 857-0620
                                                          Email: lgolumbic@groom.com
                                                                 mnielsen@groom.com
                                                                 sgates@groom.com
                                                                 lblocho@groom.com

                                                          *Counsel for Defendant/Cross-Defendant
                                                          Newport Group, Inc.*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 18th day of December 2024, a true and correct copy of the foregoing document was sent to all counsel of record via email.

                                              */s/ Mark C. Nielsen*
                                              Mark C. Nielsen