# EXHIBIT B

# Fw: DAY AND NIGHT SUB AGREEMENT

Ryan Erwin
Mon 7/17/2017 11:09 PM

To: Mitchell VerVoort <Mitchell.VerVoort@vervoortlaw.com>; Jarrod Erwin; Doc Erwin

Sent Items

ATT00001.htm — 1 KB
ATT00002.htm — 1 KB
ATT00003.ht — 646 bytes

Show all 13 attachments (4 MB)    Download all

Reply all | ∨    Delete    Junk | ∨

---

**From:** Doc Erwin
**Sent:** Thursday, January 15, 2015 2:38 PM
**To:** Jarrod Erwin; Ryan Erwin
**Subject:** Fwd: DAY AND NIGHT SUB AGREEMENT

Jarrod pls sign and return sub agreement
Ryan put executed copy in file
Ryan pls wire tomorrow if ame money in
Was approved on my call with Dr Harris yesterday.

DR. RANDALL ERWIN
MOTORSKILL VENTURE GROUP
Sent from my iPad

Begin forwarded message:

>   **From:** "Bob Eaton" <bob@dayandnightsolar.com>
>   **To:** "Doc Erwin" <docerwin@motorskill.com>
>   **Cc:** "Ryan Erwin" <rerwin@motorskill.com>
>   **Subject: RE: DAY AND NIGHT SUB AGREEMENT**

Exhibit 464

Hi Doc,

I have attached a clean PDF for your execution. I made two corrections on page 6 of 6 Day and Night (Day and Night Solar, LLC) for consistency and add the two "00" after the $450,000 ($450,000.00).

Wiring information:

| | |
|---|---|
| Receiving Bank: | PNC Bank |
| Bank ABA: | 041000124 |
| Beneficiary: | Day & Night Solar, LLC |
| Bank Account #: | 4641605649 |

Not certain if they need the bank's routing number, but if they do it is 071921891.

Thanks
Bob


**Bob Eaton**
Managing Partner

1605 Eastport Plaza Dr.
Suite 135
Collinsville, IL 62234
618.344.4001  o
618.830.4436  c
618.344.4085  f

ERWINBANKRUPTCY-0002574