# EXHIBIT C

**DNS - Computation of Dilutable Units and Non-Dilutable Units at 12/31/16**

|  | Units at 12/31/18 | After Trinity Financial of 1 unit in Oct 2016. | |
|---|---|---|---|
|  |  | Dilutable Units | Non-Dil Units |
| Robert Eaton/ FFG | 39.9403 | 33.2735 | 6.6668 |
| Cole Eaton | 4.0292 | 4.0292 |  |
| Kimberly Eaton | 4.4459 | 4.4459 |  |
| Casey Eaton | 1.5731 | 1.5731 |  |
| Alexandra Eaton | 1.5731 | 1.5731 |  |
| Melinda Kershaw | 7.0109 | 7.0109 |  |
| Carrie Ward | 3.3769 | 3.3769 |  |
| R. Stanley Clark | 6.3736 | 6.3736 |  |
| Lisa Deterding | 1.4760 | 1.4760 |  |
| Motorskills | 11.0000 | 0.0000 | 11.0000 |
| Boesdorfer | 6.9338 | 3.6005 | 3.3333 |
| Trinity Financial | 12.2671 | 3.6005 | 8.6666 |
|  | 100.0000 | 70.3333 | 29.6667 |

For those with no dilutable units computation, 100% of their units are dilutable, so their 12/31/16 numbers are all dilutable.

No changes to units since Oct 2016

**Exhibit 462**