# **EXHIBIT D**

Message

| | |
|---|---|
| **From**: | JEROME V. HARRIS [jvharris@mindspring.com] |
| on behalf of | JEROME V. HARRIS <jvharris@mindspring.com> [jvharris@mindspring.com] |
| **Sent**: | 10/2/2019 10:15:04 PM |
| **To**: | Bob Eaton [bob@dayandnightsolar.com] |
| **Subject**: | Re: FW: O'Connell Electric: 440 Seraphim Solar Modules to Replace Defective Modules |

Hi Bob - Thanks for keeping me "in the loop" on this. I've read the letter and I have a couple of "recommendations/suggestions" :


1. Yes, speak with the DNS lawyer to clarify the position of DNS in regards to liability ( For information only)

2. Take no immediate action legal wise. Let the situation "play out" for the next 30 days or so (even though the letter demands a response by 10/15)

3. Alert/apprise the insurer for DNS to confirm coverage or lack of coverage.


I'm of the opinion ( on first read) that the Motorskill warranty will be required to cover this exposure , although it may result in some limited legal exposure to DNS.


Jut a thought.

Be Blesed

-----Original Message-----
From: Bob Eaton
Sent: Oct 2, 2019 3:29 PM
To: "jvharris@mindspring.com" , Allen Boesdorfer , Melinda Kershaw
Subject: FW: O'Connell Electric: 440 Seraphim Solar Modules to Replace Defective Modules

Hi Guy's,

As the active hands on members I have attached.

Just some FYI.  I will be following up with Chris our attorney and with the other suits building I am pertly sure DNS will have to go to the "parent" company as Ryan stated "Motorskill" and push for us to end all relationships and get DNS solar stock re-purchased.

I think we could have some small liability, for the order being late (still a stretch) but more damage control than real fault.

I will be following up with Chris in a few days.

This is still highly confidential at this point.

Thanks
Bob

**Exhibit 466**

**From:** Joe Turri [mailto:joe.turri@oconnellelectric.com]
**Sent:** Wednesday, October 2, 2019 8:52 AM
**To:** rerwin@motorskill.com; Bob Eaton <bob@dayandnightsolar.com>
**Subject:** FW: O'Connell Electric: 440 Seraphim Solar Modules to Replace Defective Modules

Gentlemen,

Please see attached courtesy copy of letter being FedEx-ed to you regarding the above claim.  Note there is a deadline for response and a demand for your insurance carrier information.

**Joseph A. Turri, Esq**
General Counsel

830 Phillips Road
Victor, New York 14564
Direct: 585-869-4623
Mobile: 585-350-8156
jturri@oconnellelectric.com


**Statement of Confidentiality**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

```
JEROME V. HARRIS
EXECUTIVE DIRECTOR/PLAN ADMINSTRATOR
(901) 527-2006


JEROME V. HARRIS
EXECUTIVE DIRECTOR/PLAN ADMINSTRATOR
(901) 527-2006
```

Confidential                                                                                                                      HARRIS_006783